In re: F. Leo HICKEY, Appellant.

No. 2014–1682.

United States Court of Appeals,
Federal Circuit.

April 10, 2015.

Thomas J. Wimbiscus, McAndrews, Held & Malloy, Ltd., Chicago, IL, argued for appellant. Also represented by George Wheeler, Alejandro Menchaca.

Frances Lynch, United States Patent and Trademark Office, Office of the Solicitor, Alexandria, VA, argued for appellee. Also represented by Jeremiah Helm, Nathan K. Kelley, Thomas W. Krause.

O'MALLEY, WALLACH, and
GILSTRAP *, Circuit Judges.

* The Honorable Rodney Gilstrap, District Judge for the U.S. District Court for the Eastern District of Texas, sitting by designation.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**